IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LOUIS BOUCHE, § | |
|     Plaintiff, § | |
| § | |
| v. § | EP-06-CA-331-FM |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
|     Defendants. § | |

### FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation signed this date, the Court enters its final judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff Louis Bouche is awarded a **STRIKE** pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

**IT IS ADDITIONALLY ORDERED** that any relief not specifically granted in the Final Judgment is **DENIED.**

The Clerk shall close this case.

SIGNED this 21st day of September 2007.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE